IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF APPLICATION   : | |
| FOR ADMISSION TO PRACTICE      : | CIVIL ACTION NO. 1:16-CV-2181 |
| IN THE MIDDLE DISTRICT OF      : | |
| PENNSYLVANIA                   : | |
|     (ROBERT PRIGNOLI)           : | |

## ORDER

AND NOW, this 23rd day of November, 2016, upon consideration of the Petition of Robert Prignoli, Esquire, for Admission to Practice before the Middle District of Pennsylvania, in which Attorney Prignoli falsely represents that he has never been censured or disciplined by an court, and upon further consideration of Matter of Prignoli, 2016 NY Slip Op. 05922 [143 AD3d 83] (August 31, 2016), imposing on Attorney Prignoli reciprocal discipline in the form of public censure following public reprimand by the Supreme Court of New Jersey, see 224 NJ 236, 131 A3d 412 (2016), it is hereby ORDERED that the Petition is DENIED.  The Clerk of Court is directed to serve copies of this Order upon the Petitioner and his Sponsor, Gregory R. Reed, Esquire.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania