## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIUSEPPE MONTEMARANO, *et al.*, | CIVIL ACTION NO. 1:16-CV-2181 |
| Plaintiffs | (Chief Judge Conner) |
| v. | |
| PENSKE TRUCK LEASING CORP., *et al.*, | |
| Defendants/Third-Party Plaintiffs | |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., AND SHOTA MANVELIDZE, | |
| Third-Party Defendants | |

## **ORDER**

AND NOW, this 20th day of October, 2017, upon consideration of Third-Party Defendants/Third-Party Plaintiffs, FedEx Ground Package System, Inc. and Shota Manvelidze's Motion (Doc. 83) for Leave to Join Danny Fantom and Old Dominion Freightline, it is hereby ORDERED that said motion is GRANTED. FedEx Ground Package System, Inc. and Shota Manvelidze are granted leave to file a Joinder Complaint.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania