# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GIUSEPPE MONTEMARANO,** *et al.*, | : | CIVIL ACTION NO. 1:16-CV-2181 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **PENSKE TRUCK LEASING CORP.,** *et al.*, | : | |
| Defendants/Third-Party Plaintiffs | : | |
| v. | : | |
| **FEDEX GROUND PACKAGE SYSTEM, INC., AND SHOTA MANVELIDZE,** | : | |
| Third-Party Defendants | : | |

## **ORDER**

AND NOW, this 25th day of January, 2018, upon consideration of Additional Defendants/Third-Party Plaintiffs, FedEx Ground Package System, Inc. and Shota Manvelidze's Motion (Doc. 103) for Alternative Service of Original Process Pursuant to Special Order of Court, it is hereby ORDERED that said Motion is GRANTED.

Additional Defendants/Third-Party Plaintiffs FedEx Ground Package System, Inc. and Shota Manvelidze shall effectuate service of process of the Complaint to Join upon Third-Party Defendant, Danny Fantom, via First Class U.S. Mail, and service of the Complaint to Join shall be deemed effectuated as to Third-Party Defendant, Danny Fantom, at the earliest of (a) the time Third-Party Defendant, Danny Fantom, or an adult individual residing at said Third-Party

Defendant's residence receives delivery of correspondence enclosing the Summons and Complaint to Join, or (b) seven (7) days after Additional Defendants/Third-Party Plaintiffs mailing, via First Class U.S. Mail, of the Summons and Complaint to Join to Third-Party Defendant, Danny Fantom's, residence at 58 Jamestown Road, Shippensburg, Pennsylvania 17257 or (c) service upon counsel for Third-Party Defendant, Danny Fantom, June Essis, at Fineman, Krekstien & Harris located at Ten Penn Center, 1801 Market Street, Suite 1100, Philadelphia, PA 19103.

   /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania